APONTE, DEMANDANTE Y APELANTE, *v.* KENNERLY, DEMANDADO Y APELADO.

APELACIÓN procedente de la Corte de Distrito de San Juan, Distrito Primero, en pleito sobre daños y perjuicios (memorándum de costas).

No. 3095.—Resuelto en enero 18, 1924.

MEMORÁNDUM DE COSTAS—HONORARIOS DE ABOGADO; PRUEBA DE QUE SON DEBIDOS.—No es necesario probar que han sido pagados los honorarios de abogado que se reclaman en un memorándum de costas ni que la parte victoriosa se comprometiera a pagarlos a su abogado, pues la mera inclusión en el memorándum de costas jurado de la partida de honorarios es prueba *prima facie* de que son debidos.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. M. Tous Soto.*

Abogados del apelado: *Sres. O. B. Frazer* y *R. Castro Fernández.*

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.

Presentado por el demandado un memorándum de costas jurado en el que se incluyen $150 para honorarios de abogado fué aprobado por la corte inferior, y en la apelación que el demandante ha establecido contra dicha resolución alega como único motivo para que la revoquemos que no se

alegó ni probó el desembolso realmente ocasionado por honorarios de abogado, pues no hay evidencia tendente a demostrar que tales honorarios han sido pagados por el demandado, ni de que se comprometiera a pagarlos, ni de que la parte demandada haya hecho renuncia de tal derecho de reintegro a favor de su propio abogado.

En contestación será suficiente decir que el pago de las costas lo reclama la parte demandada y no su abogado para sí, aunque éste jura el memorándum de costas por estar mejor informado de ellas que su cliente, y que no es necesario que se pruebe que han sido pagados los honorarios al abogado, ni que se comprometiera a pagarlos, pues la mera inclusión en el memorándum de costas jurado de la partida de honorarios de abogado muestra *prima facie,* que son debidos. *González* v. *Collazo,* 25 D. P. R. 160.

La resolución apelada debe ser confirmada.

*Confirmada la resolución apelada.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Wolf y Hutchison.

El Juez Asociado Sr. Franco Soto no intervino en la resolución de este caso.